IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN L. PHELPS,            No. C 98-2002 MMC

    Petitioner,            **ORDER STRIKING MOTION**

  v.

EDWARD ALAMEDA,

    Respondent

_____/

The Court is in receipt of a "Motion Pursuant to FRCP 60(a)(b) to Reconsider and Vacate Previous Order Denying First Motion Made Pursuant to FRCP 60((b)(5)," filed on April 27, 2006, by petitioner, acting without counsel.

Petitioner has counsel of record in the instant matter and, consequently, may not himself file the above-described motion. Accordingly, the motion filed April 27, 2006 is hereby STRICKEN.[1]

**IT IS SO ORDERED.**

Dated: June 7, 2006

                                                 MAXINE M. CHESNEY
                                                 United States District Judge

---

[1] Moreover, petitioner fails to set forth any cognizable ground to warrant reconsideration of the Court's prior order.