IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. PHELPS,<br><br>    Petitioner,<br><br>  v.<br><br>EDWARD ALAMEDA,<br><br>    Respondent.<br>_____ | No. C 98-2002 MMC (PR)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>**(Docket Nos. 47-48)** |

    The Court is in receipt of a "Notice of Motion and Motion Pursuant to FRCP 60(b)(6) to Reconsider and Vacate Previous Order Denying First Motion Made Pursuant to FRCP 60(b)(5)," filed November 17, 2006 by petitioner, a California prisoner proceeding pro se. The instant motion repeats the arguments and allegations made in a previous motion filed by petitioner, which motion, as the Court found in its "Order Striking Motion" filed June 7, 2006, failed "to set forth any cognizable ground to warrant reconsideration of the Court's prior order."

    Accordingly, the motion for reconsideration filed November 17, 2006 is hereby DENIED.

    This order terminates Docket Nos. 47 and 48.

    IT IS SO ORDERED.

DATED: December 11, 2006

    _____
    MAXINE M. CHESNEY
    United States District Judge