**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. PHELPS, ) | No. C 98-2002 MMC (PR) |
| ) | |
| Petitioner, ) | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| ) | |
| v. ) | |
| ) | |
| EDWARD ALAMEDA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Petitioner, a California prisoner proceeding pro se, filed the above-entitled petition for a writ of habeas corpus on May 15, 1998. On December 28, 1998 the petition was dismissed and judgment was entered against petitioner, and, on May 22, 2000, the United States Court of Appeals for the Ninth Circuit affirmed. Most recently, on January 9, 2007, petitioner filed a notice of appeal from the December 11, 2006 Order denying his November 17, 2006 motion for reconsideration. A notice of appeal is construed as including a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner has not shown that reasonable jurists would find the district court's denial of reconsideration debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 483 (2000). Accordingly, the request for a certificate of appealability is DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner also may seek a certificate of appealability. See Asrar, 116 F.3d at 1270.

IT IS SO ORDERED.

DATED: January 18, 2007

_____
MAXINE M. CHESNEY
United States District Judge