UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 31 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| KEVIN PHELPS, | No. 07-15167 |
| --- | --- |
| Petitioner - Appellant, | D.C. No. CV-98-02002-MMC Northern District of California, San Francisco |
| v. | |
| EDWARD ALAMEIDA, | ORDER |
| Respondent - Appellee. | |

Before: BRIGHT,[*] REINHARDT and TASHIMA, Circuit Judges.

Judge Reinhardt has voted to deny the petition for rehearing en banc, and Judge Bright and Judge Tashima have so recommended. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for rehearing en banc is denied.

---

[*] The Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.