# FILED

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

AUG 7 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

KEVIN PHELPS,

            Petitioner - Appellant,

V.

EDWARD ALAMEIDA,

            Respondent - Appellee.

No.  07-15167
D.C. No.  CV-98-02002-MMC
Northern District of California,
San Francisco

**MANDATE**

The judgment of this Court, entered 6/25/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk