# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 30, 2009

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 02 2009

FILED_____
DOCKETED_____
    DATE    INITIAL

Re: Edward Alameida, Warden
v. Kevin Phelps
No. 09-519
(Your No. 07-15167)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 28, 2009 and placed on the docket October 30, 2009 as No. 09-519.

Sincerely,

William K. Suter, Clerk

by  *Erik A. Fossum* (signature)

Erik A. Fossum
Case Analyst