IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**KEVIN L. PHELPS,**　　　　　　　　　　Case No. C 98-2002 MMC

　　　　　　　　Petitioner,　　~~[PROPOSED]~~ ORDER

　　v.

**EDWARD ALAMEIDA,**

　　　　　　　　Respondent.

GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including March 3, 2010.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court ~~within thirty days of his receipt of the answer.~~ no later than April 16, 2010.

Dated: February 5, 2010

The Honorable Maxine M. Chesney

1