IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN L. PHELPS, | ) | No. C 98-2002 MMC |
| Petitioner, | ) ) | **ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITIONER'S MOTION FOR STAY; VACATING APRIL 16, 2010 DATE FOR FILING OF TRAVERSE** |
| v. | ) ) | |
| EDWARD ALAMEIDA, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

On February 5, 2010, the Court issued in the above-titled action an order extending until March 3, 2010 the time for respondent to file an answer to the petition. By that same order, the Court granted petitioner until April 16, 2010 to file a traverse. (Docket No. 72.)

On February 24, 2010, respondent filed an answer to the petition. On March 10, 2010, petitioner filed the instant request to stay further proceedings and hold the petition in abeyance while he returns to state court to exhaust state remedies with respect to recently-discovered claims he intends to add to his petition by way of amendment. (Docket No. 72.)

The Court having considered the above filings, it is hereby ordered that:

1. Respondent <u>shall</u> file and serve on petitioner a response to petitioner's motion within **twenty (20)** days of the date this order is filed. Petitioner may file a reply to the response within **twenty (20)** days of the date the response is filed. The matter will be deemed submitted as of the date the reply is due.

2. Good cause appearing, the April 16, 2010 deadline for petitioner to file a traverse to the answer is hereby VACATED. If appropriate, the Court will issue a new scheduling order after ruling on the motion to stay the petition.

IT IS SO ORDERED.

DATED: March 18, 2010

_____
MAXINE M. CHESNEY
United States District Judge