UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PHELPS,

        Plaintiff,

  v.

ALAMEDA,

        Defendant.

Case Number: CV98-02002 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Phelps J-46249
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

Dated: March 19, 2010

        Richard W. Wieking, Clerk

        By: Frank Justiliano, Deputy Clerk