United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. PHELPS, | No. C 98-2002 MMC |
| Petitioner, | **ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE REPLY** |
| v. | |
| EDWARD ALAMEIDA, | **(Docket No. 82)** |
| Respondent. | |

Good cause appearing, petitioner's request for an extension of time to file a reply to respondent's opposition to petitioner's motion to stay the petition is hereby GRANTED. Petitioner shall file his reply no later than **June 15, 2010**.

This order terminates Docket No. 82.

IT IS SO ORDERED.

DATED: May 27, 2010

_____
MAXINE M. CHESNEY
United States District Judge