IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. PHELPS,<br><br>    Petitioner,<br><br>  v.<br><br>EDWARD ALAMEIDA,<br><br>    Respondent.<br>_____ | No. C 98-2002 MMC<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>**(Docket No. 108)** |

    Good cause appearing, petitioner's request for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **February 7, 2012**.

    This order terminates Docket No. 108.

    IT IS SO ORDERED.

DATED: January 11, 2012

_____
MAXINE M. CHESNEY
United States District Judge